C: 3

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARNIK MANGASARYAN | Case No. CV08-08466 R (MANx) |
| Plaintiff, | Hon. Manuel L. Real<br>Courtroom 8 – Spring Street |
| vs. | |
| FIRST AMERICAN LOANSTAR<br>TRUSTEE SERVICES; AMERICA'S<br>SERVICING COMPANY; and DOES<br>1-50, inclusive, | [PROPOSED] JUDGMENT |
| Defendants. | |

The motion of Defendant Wells Fargo Bank, N.A. dba America's Servicing Company (erroneously sued as America's Servicing Company) ("Wells Fargo") to dismiss the complaint of Plaintiff Garnik Mangasaryan pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted came on regularly for hearing on March 23, 2009 at 10:00 a.m. before the Honorable Manuel L. Real. Jarlath M. Curran, II of the Law Firm of Severson & Werson appeared on behalf of Defendant Wells Fargo. There were no appearances by or on behalf of Plaintiff. All other appearances are noted on the record.

1       After considering the moving papers as well as all opposition papers, if any,

2  and good cause appearing:

3       **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Wells

4  Fargo's motion to dismiss is granted.

5       **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

6  Plaintiff's complaint is dismissed with prejudice as to Wells Fargo Bank, N.A. dba

7  America's Servicing Company (erroneously sued as America's Servicing

8  Company).  Plaintiff is to recover nothing from Wells Fargo.

9       **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that MW

10  Roth PLC and or Mitchell Roth, jointly and severally, shall reimburse Plaintiff any

11  monies paid to file or pursue this lawsuit.

12       **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that MW

13  Roth PLC and or Mitchell Roth, jointly and severally, shall pay Wells Fargo the

14  sum of $2,942.64, which constitutes all attorney's fees and costs incurred by Wells

15  Fargo in defending this action.

16

17

18  DATED: May 29, 2009                          _____

19                                     HONORABLE MANUEL L. REAL

20

21

22

23

24

25

26

27

28